United States District Court

Eastern District of California

Glen Gardner,

    Plaintiff,                    No. Civ. S 03-0647 LKK PAN P

  vs.                                Order

D. L. Runnels, et al.,

    Defendants.

-oOo-

September 9, 2004, plaintiff moved to amend the complaint. Defendants are not opposed to amendment.

Good cause appearing, the court hereby orders that plaintiff's motion is granted and the clerk of court shall file the proposed amended complaint and date it September 9, 2004. The court deems the December 17, 2004, motion for summary judgment filed by all defendants named in the amended pleading.

Dated: June 28, 2005.

                                        /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge