United States District Court

Eastern District of California

Glen Gardner,

       Plaintiff,                    No. Civ. S 03-0647 LKK PAN P

  vs.                              Order

D. L. Runnels, et al.,

       Defendants.

-oOo-

Good cause appearing, the pretrial conference and trial set in the August 4, 2004 scheduling order are vacated. Pretrial statements need not be filed. Pretrial conference and trial will be re-set if the district court denies defendants' motion for summary judgment.

So ordered.

Dated: July 28, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge