United States District Court

Eastern District of California

Glen Gardner,

      Plaintiff,                    No. Civ. S 03-0647 LKK PAN P

  vs.                            Order

D. L. Runnels, et al.,

      Defendants.

-oOo-

    Good cause appearing, the court hereby orders that plaintiff's pretrial statement, as described in the court's August 4, 2004, scheduling order, is due filed and served November 14, 2005. Defendants' pretrial statement is due filed and served November 28, 2005. Pretrial conference will be conducted on the papers December 12, 2005.

    So ordered.

    Dated: October 18, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge