1  BILL LOCKYER, Attorney General
   of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  JAMES E. FLYNN
   Supervising Deputy Attorney General
5  JOHN W. RICHES II, State Bar No. 206223
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 323-5915
8    Fax: (916) 324-5205
   Attorneys for Defendant Runnels
9  SA2003104750

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

| GLEN GARDNER, | No. CIV S-03-0647 LKK PAN P |
|---|---|
| Plaintiff, | ~~PROPOSED~~ **ORDER RE: DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE PRETRIAL STATEMENT** |
| v. | |
| D.L. RUNNELS, et al., | |
| Defendants. | |

**ORDER**

Good cause having been shown, parties' requests for extensions re pretrial conference are granted. Plaintiff shall file and serve a pretrial statement on or before December 14, 2005 and defendants shall file and serve such statement on or before December 28, 2005.

Dated:  November 8, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge

1

Proposed Order Re: Defendant's Request for an Extension of Time