IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN GARDNER,

     Plaintiff,                    No. CIV S-03-0647 LKK PAN P

   vs.

D.L. RUNNELS, et al.,

     Defendants.            ORDER

_____/

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 7, 2005, plaintiff filed his second request for the appointment of counsel. Plaintiff's previous request was denied on November 1, 2005. In light of that order, IT IS HEREBY ORDERED that plaintiff's November 7, 2005 request is denied.

DATED: February 28, 2006.

UNITED STATES MAGISTRATE JUDGE

/gard0647.31(2)