## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

GLEN GARDNER,

           Plaintiff,           No. CIV S-03-0647 LKK PAN P

    vs.

D. L. RUNNELS, et al.,

           Defendants.           **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Glen Gardner, inmate # H-18314, a necessary and material witness in proceedings in this case on July 17, 2006, at 11:15 a.m. is confined in Folsom State Prison, P.O. Box 715071, Represa, California 95671-5071, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at Folsom State Prison on July 17, 2006, at 11:15 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Folsom State Prison, P.O. Box 715071, Represa, California 95671-5071:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 11, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE