IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLEN GARDNER,

    Plaintiff,                   No. CIV S-03-0647 LKK PAN P

    vs.

D.L. RUNNELS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On May 12, 2006, this court issued a pretrial order and gave the parties fifteen days to file objections to said order.

        On May 16, 2006, defendants filed an objection to the trial date set in the May 12, 2006 pretrial order. Good cause appearing, defendants' objection will be reserved for the trial confirmation hearing to be conducted by the district court on July 17, 2006.

        On May 24, 2006, plaintiff filed a document styled as objections to the pretrial order. In that document, he reiterated the list of exhibits and discovery documents he intends to offer at trial, essentially as reflected in the May 12, 2006 pretrial order. Plaintiff has not, however, clarified the "lockdown memoranda" that he intends to offer. Cf. Pretrial Order, filed

/////

1

May 12, 2006, at 5 n.3.  The court will not, therefore, modify in this order the description of plaintiff's exhibits set forth in the May 12, 2006 pretrial order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Defendants' May 16, 2006 objection to the trial date presently set in this action is preserved for consideration at the trial confirmation hearing before the district court on July 17, 2006; and

        2.  Plaintiff's exhibit list as set forth in the May 12, 2006 pretrial order will not be modified by order of this court.

DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/gard0647.o