1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GLEN GARDNER,
                                      NO. CIV. S-03-647 LKK/PAN (JFM)P
11            Plaintiff,

12       v.                                    O R D E R

13   D.L. RUNNELS, et al.,

14            Defendants.
     _____/

15

16       Each of the parties in the above-captioned case has filed a

17   Consent to Proceed Before a United States Magistrate Judge.   See

18   28 U.S.C. § 636(c).   According to Local Rule 72-305, both the

19   district court judge assigned to the case and the magistrate judge

20   must approve the reference to the magistrate judge.

21       The undersigned has reviewed the file herein and recommends

22   that the above-captioned case be reassigned and referred to the

23   magistrate judge for all further proceedings and entry of final

24   judgment.

25       IT IS ORDERED that any hearing dates currently set before the

26   undersigned are **VACATED**.

                                   1

1        IT IS FURTHER ORDERED that the Clerk of the Court reassign

2   this case to the Honorable John F. Moulds.  All future documents

3   filed in the above-captioned case shall reference the following

4   case number:  No. CIV. S-03-647 PAN (JFM) P.

5        DATED:  August 1, 2006

6                                  /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
7                                  SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
8

9        Having also reviewed the file, I accept reference of this case

10  for all further proceedings and entry of final judgment.

11       DATED: July 27, 2006.

12

13

14  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26