1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GLEN GARDNER,

11              Plaintiff,                    No. CIV S-03-0647 EFB P

12        vs.

13   D.L. RUNNELS, et al.,

14              Defendants.                   ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

17   action pursuant to 42 U.S.C. § 1983.  On November 7, 2006, plaintiff filed a request for an

18   extension of forty-five days in which to file a trial brief and jury instructions.  Plaintiff's request

19   cannot be accommodated without resetting the trial date, currently set for November 28, 2006.

20   Therefore, the court will deny plaintiff's request.  Plaintiff will be relieved, however, of his

21   obligation to file a trial brief.  Plaintiff is also advised that the court will provide standard jury

22   instructions.  Should plaintiff desire to submit special instructions to the court, he will be given

23   leave to do so on the first day of trial.

24        Accordingly, it is ORDERED that:

25        1.  Plaintiff's November 7, 2006, request for an extension of time is denied;

26        2.  Plaintiff is relieved of his obligation to file a trial brief; and

1          3.  Plaintiff may submit to the court on the first day of trial any special jury instructions

2   he would like the court to consider.

3   Dated:  November 14, 2006.

4                                         _____
                                          EDMUND F. BRENNAN
5                                         UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26